UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLINE CELLARS,<br><br>　　　　Defendant. | Case No. 22-cv-01072-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **September 8, 2022**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 15, 2022, at 1:30 p.m. by Zoom Webinar** why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: July 13, 2022

_____
Richard Seeborg
Chief United States District Judge